The Honorable Lauren King

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MOBULA DIAS DO CEU,

                        Plaintiff,

            v.

JOSEPH B. EDLOW, *et al.*,

                        Defendants.

Case No. 2:25-cv-01461-LK

STIPULATED MOTION TO DISMISS
AND [PROPOSED] ORDER

Noted for Consideration:
June 30, 2026.

Pursuant to Federal Rule of Civil Procedure 41(a), the parties stipulate to the dismissal of this case without prejudice, with each party to bear their own costs. Plaintiff Mobula Dias Do Ceu brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel the United States Citizenship and Immigration Services (USCIS) to adjudicate his asylum application. USCIS has done so, and therefore this case is now moot.

//

//

//

STIPULATED MOTION TO DISMISS AND [PROPOSED] ORDER
[Case No. 2:25-cv-01461-LK] - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 30th day of June, 2026.

Respectfully submitted,

s/ Kristen R. Vogel
KRISTEN R. VOGEL, NY No. 5195664
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Email: kristen.vogel@usdoj.gov

*Attorney for Federal Defendants*

s/ Minda A. Thorward
MINDA A. THORWARD, WSBA No. 47594
GIBBS HOUSTON PAUW
1000 Second Avenue, Suite 1600
Seattle, Washington 98104-1003
Phone: 206-682-1080
Email: minda.thorward@ghp-law.net

*Attorney for Plaintiff*

I certify that this memorandum contains 73 words, in compliance with the Local Civil Rules.

## [PROPOSED] ORDER

It is so **ORDERED**.  This case is dismissed without prejudice.

DATED this __1st_____ day of __July_____, 2026.

_____
LAUREN KING
United States District Judge

STIPULATED MOTION TO DISMISS AND [PROPOSED] ORDER
[Case No. 2:25-cv-01461-LK] - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970